# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRIDGET BOYETTE                                    PLAINTIFF

v.                         No. 3:21-cv-61-DPM

TA OPERATING, LLC                                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2021